UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA NORDYKE and BONNIE NORDYKE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SUMMIT RECIEVABLES,<br><br>　　　　Defendant. | No. 2:17-cv-01705 WBS AC<br><br><br>ORDER |

      This matter is before the court on plaintiffs' motion to compel, brought pursuant to Local Rule 251(e). ECF No. 17. The action was referred to the undersigned by Local Rule 302(c)(1). Plaintiffs' motion was filed on January 3, 2018, and hearing was set for January 17, 2018. ECF No. 17. Defendant's response was due no later than 7 days before the hearing date, on January 10, 2018. LR 241(e). Defendant has not responded to the motion.

      The hearing on plaintiffs' motion will be continued and defendants will be given one final opportunity to respond. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Defendant's failure to respond may result in sanctions.

      The parties are advised that the undersigned liberally permits telephonic appearances. See Standard Information for Judge Claire, at http://www.caed.uscourts.gov/caednew/index.cfm/

1

judges/all-judges/united-states-magistrate-judge-allison-claire-ac/

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of January 17, 2018 is CONTINUED to January 24, 2018, at 10:00 a.m. in Courtroom No. 26;

2. Defendant shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than January 17, 2018. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and may result in sanctions.

DATED: January 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE