VERNON A. NELSON, JR., ESQ.
California Bar No. 194992
MARGARET G. FOLEY, ESQ.
California Bar No.: 262706
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
         mfoley@nelsonlawfirmlv.com
Attorneys for Summit Receivables

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| LAURA NORDYKE and BONNIE NORDYKE,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT RECEIVABLES,<br><br>Defendant. | Case No.: 2:17-cv-01705-WBS-AC<br><br>**ORDER GRANTING DEFENDANT SUMMIT RECEIVABLES MOTION TO APPEAR BY TELEPHONE AT MARCH 5, 2018 MOTION TO WITHDRAW HEARING** |

The court has Considered Defendant's Motion Requesting Telephonic Appearance at March 5, 2018, Motion to Withdraw Hearing. If, as represented in the motion, defendant "does not wish to defend this case at all," counsel may wish to consider entering into a stipulation to have the default of the defendant entered, which might obviate the necessity of any hearing on the motion to withdraw. If no such stipulation is possible, a hearing will be necessary, and the court will allow defendant's attorney to appear by phone.

IT IS THEREFORE ORDERED that Defendant may appear telephonically at the March 5, 2018, Motion to Withdraw Hearing. Counsel, Margaret Foley will can be reached at 702-476-2500.

IT IS FURTHER ORDERED that the courtroom deputy shall email counsel at mfoley@nelsonlawfirmlv.com with instructions on how to participate in the telephone conference call.

1
2  IT IS SO ORDERED.
3  Dated:  February 21, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE