Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiffs,
LAURA NORDYKE
BONNIE NORDYKE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LAURA NORDYKE and BONNIE NORDYKE,<br><br>    Plaintiffs,<br>v.<br><br>SUMMIT RECEIVABLES,<br><br>    Defendant. | Case No.: 2:17-cv-01705-WBS-AC<br><br>**ORDER GRANTING MOTION FOR LEAVE OF COURT TO APPEAR TELEPHONICALLY** |

Upon consideration, and after due deliberation and sufficient cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave of Court to Appear Telephonically at the Motion to Withdraw Hearing on March 5, 2018 is **GRANTED,** and counsel, Michael Agruss, may appear telephonically at the Motion to Withdraw Hearing on March 5, 2018 at 1:30 p.m. PST. The courtroom deputy shall e-mail counsel with the instructions on how to participate in the telephone conference call. Plaintiffs' counsel can be reached at michael@agrusslawfirm.com and at telephone number 312-224-4695.

Dated: February 23, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1