VERNON A. NELSON, JR., ESQ.
California Bar No. 194992
MARGARET G. FOLEY, ESQ.
California Bar No.: 262706
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500; Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
          mfoley@nelsonlawfirmlv.com
Attorneys for Defendant Summit Receivables

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA NORDYKE and BONNIE NORDYKE,<br><br>        Plaintiff,<br><br>v.<br><br>SUMMIT RECEIVABLES,<br><br>        Defendant. | Case No.:        2:17-cv-01705-WBS-AC<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT SUMMIT RECEIVABLES** |

**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL AND ENTRY OF CLERK DEFAULT AGAINST DEFENDANT SUMMIT RECEIVABLES**

COME NOW, DEFENDANT SUMMIT RECEIVABLES; by and through its counsel of record; and ANTHONY GUADAGNA, personally:

DEFENDANT SUMMIT RECEIVABLES and ANTHONY GUADAGNA, personally, hereby agree and stipulate as follows:

        1.        To entry of clerk default against Summit Receivables;

/ / /

/ / /

1   / / /

2      2.     To permit VERNON A. NELSON, JR., ESQ. and MARGARET G. FOLEY, ESQ.,

3 counsel of record for Summit Receivables, to withdraw from their representation of Summit

4 Receivables in this matter;

5

6      3.     That the contents of this stipulation are expressly based on DEFENDANT

7 SUMMIT RECEIVABLES and ANTHONY GUADAGNA's joint and mutual understanding that:

8

9         a.     DEFENDANT SUMMIT RECEIVABLES cannot be represented in this

10      matter without counsel;

11

12         b.     In the event that ANTHONY GUADAGNA, personally, does not retain

13      new counsel in this matter; and in the further event that PLAINTIFFS LAURA

14      NORDYKE and BONNIE NORDYKE pursue default judgment in this matter; then

15      DEFENDANT SUMMIT RECEIVABLES will not be represented by counsel in this

16      matter when PLAINTIFFS LAURA NORDYKE and BONNIE NORDYKE prove up their

17      default judgment amount;

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

/ / /

/ / /

/ / /

      c.      In the event that DEFENDANT SUMMIT RECEIVABLES does not retain new counsel, then ANTHONY GUADAGNA, personally, will not be able to present testimony or argument to the Court in connection with the Court's determination of the amount of default judgment in this matter in favor of PLAINTIFFS LAURA NORDYKE and BONNIE NORDYKE, which may include damages, attorney fees, and costs.

     IT IS SO STIPULATED.

Dated this 19th day of March, 2018.          Dated this 19th day of March, 2018.
THE LAW OFFICE OF VERNON NELSON

/s/ Margaret Foley                /s/ Anthony Guadagna
_____    _____
VERNON A. NELSON, JR., ESQ.       ANTHONY GUADAGNA
California Bar No. 194992             CEO of Summit Receivables, LLC
MARGARET F. FOLEY, ESQ.
California Bar No.: 262706            In His Personal Capacity
9480 S. Eastern Avenue, Suite 244
Las Vegas, NV 89123
Tel: 702-476-2500 | Fax: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com
          mfoley@nelsonlawfirmlv.com

Attorneys for Defendant Summit Receivables

<u>ORDER</u>

     Based upon the foregoing Stipulation, as well as the understanding reached on the record in open court during the proceeding on May 19, 2018, the Motion of VERNON A. NELSON, JR., ESQ. and MARGARET G. FOLEY, ESQ., counsel of record for Summit

1 | Receivables, to withdraw from their representation of Summit Receivables in this matter is hereby
2 | GRANTED.
3 |     Dated:  March 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE