# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LAURA NORDYKE, ET AL.,**

CASE NO: **2:17–CV–01705–WBS–AC**

v.

**SUMMIT RECEIVABLES,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/17/18**

**Marianne Matherly**
Clerk of Court

ENTERED:  **July 17, 2018**

by: /s/  A. Kastilahn
Deputy Clerk