# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

LAURA NORDYKE and BONNIE NORDYKE,

    Plaintiffs,

v.

SUMMIT RECEIVABLES,

    Defendant.

**Case No.: 2:17-cv-01705-WBS-AC**

**ORDER GRANTING MOTION FOR JUDGMENT DEBTOR EXAMINATION**

## ORDER GRANTING MOTION FOR JUDGMENT DEBTOR EXAMINATION

Upon consideration, and after due deliberation and sufficient cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Judgment Debtor Examination (Document No. 47) is **GRANTED,** and defendant must respond to points 1-4 and 6-15 in plaintiffs' motion. At oral argument on September 5, 2018, plaintiffs withdrew point 5. Anthony Guadagna will sit for a judgment debtor examination on or before September 28, 2018, in Henderson, Nevada.

Date: September 5, 2018

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE