Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiffs,
LAURA NORDYKE
BONNIE NORDYKE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LAURA NORDYKE and BONNIE NORDYKE,<br><br>           Plaintiffs,<br><br>     v.<br><br>SUMMIT RECEIVABLES,<br><br>           Defendant. | **Case No.:** 2:17-cv-1705-WBS-AC |

**NOTICE OF SETTLEMENT**

Plaintiffs, LAURA NORDYKE and BONNIE NORDYKE, ("Plaintiff"), through their attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiffs anticipate dismissing this case, with prejudice, within 30 days.

DATED:  October 26, 2018        AGRUSS LAW FIRM, LLC


                                By: /s/  Michael S. Agruss
                                    Michael S. Agruss
                                    Attorney for Plaintiffs
                                    LAURA NORDYKE
                                    BONNIE NORDYKE

1

## **CERTIFICATE OF SERVICE**

On October 26, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Cami Perkins, at CPerkins@nevadafirm.com.

By: /s/ Michael Agruss
Michael Agruss